# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00095-CV

**Ellen Jones, Appellant**

**v.**

**Paul Wright, Appellee**

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### NO. C2018-2063D, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a Joint Motion to Set Aside Trial Court's Final Judgment Without Regard to the Merits and Remand Case to Trial Court.

We grant the motion, set aside the trial court's judgment, and remand this cause to the trial court for entry of an agreed order of dismissal with prejudice in accordance with the agreement of the parties. *See* Tex. R. App. P. 42.1(a)(2)(B).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Set Aside and Remanded

Filed:   September 28, 2023